PROB 12C
(7/93)

Report Date: September 27, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 30 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Javier Guadalupe Flores         Case Number: 0980 2:06CR06053-003

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: April 30, 2008

| | |
|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute 5 Kilograms or More of Cocaine, 21 U.S.C. § 846 |
| Original Sentence: | Prison 48 months; TSR - 60 months |
| Asst. U.S. Attorney: | Alexander Carl Ekstrom |
| Defense Attorney: | Alison K. Guernsey |

Type of Supervision: Supervised Release

Date Supervision Commenced: 7/5/2013

Date Supervision Expires: 10/04/2017

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 8/2/2013.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 15**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare.  You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider. |
| | **Supporting Evidence**: Mr. Flores is considered in violation of his supervised release by failing to complete a substance abuse treatment program on or about September 10, 2013. |
| | Mr. Flores obtained a substance abuse evaluation on August 21, 2013, at First Step Community Counseling Services. He was to begin intensive outpatient treatment on August 26, 2013, and attend classes on Monday, Tuesday and Thursdays. The defendant failed to show up for any group sessions and did not contact the treatment center.  Mr. Flores was contacted by his treatment counselor on September 3, 2013, and he agreed to attend group sessions to avoid being discharged from treatment. Mr. Flores failed to call or show up for his group sessions and his case was closed on September 10, 2013, for lack of attendance. |

Prob12C
Re: Flores, Javier Guadalupe
September 27, 2013
Page 2

| | | |
|---|---|---|
| | 4 | **Standard Condition # 2**: The defendant shall report to the probation officer in a manner and frequency directed by the Court and probation officer. |

**Supporting Evidence**: Mr. Flores is considered in violation of his supervised release by failing to report to his probation officer as required in August 2013.

Mr. Flores completed his supervision intake on July 8, 2013, and was instructed to report for his monthly report in person within the first 5 days of each month. The defendant contacted this officer on August 6, 2013, via a text message on my cellular telephone, stating he was working a lot of hours and had tried to report in the previous day but did not make it on time and he would report in that afternoon. He then called the office that same day at 5:15pm, stating he did not know if he should report to see me or report to USPO McCary, since he wanted to enter the Sobriety Education Treatment Program (STEP). He left two cellular telephone numbers, 509-270-2850, and 509-380-1949. Both numbers were contacted on August 9, 2013, but there was no answer. Another attempt to contact the defendant by telephone occurred on August 13, 2013, and a voice mail message was left instructing him to report to the probation office on August 14, 2013. The defendant failed to report as instructed and has not contacted the U.S. Probation Office.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  09/27/2013

s/SanJuanita B. Coronado

SanJuanita B Coronado
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Other

Signature of Judicial Officer

9/30/13
Date