PROB 12C  
(7/93)

Report Date: January 28, 2014

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 29 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Javier Guadalupe Flores        Case Number: 0980 2:06CR06053-003

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: April 30, 2008

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute 5 Kilograms or More of Cocaine, 21 U.S.C. § 846 | |
| Original Sentence: | Prison 48 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alexander Carl Ekstrom | Date Supervision Commenced: July 5, 2013 |
| Defense Attorney: | Alison K. Guernsey | Date Supervision Expires: October 4, 2017 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 15**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider. |
| | **Supporting Evidence**: Mr. Flores is considered in violation of his supervised release by failing to comply with substance abuse treatment aftercare since January 27, 2014. |
| | Mr. Flores entered into inpatient substance abuse treatment at Pioneer East on December 11, 2013. He completed inpatient treatment on January 7, 2014, and was referred to First Step Community Counseling Services for his aftercare program. Mr. Flores had an appointment set at First Step on January 9, 2014. Due to the counselor being ill, the appointment was rescheduled to January 14, 2014. He missed this appointment and it was reset to January 24, 2014. The defendant called and rescheduled the appointment to January 27, 2014, and subsequently failed to show up for the appointment. Mr. Flores has not contacted the treatment facility or this officer to discuss his failure to appear and start treatment. |

Prob12C
Re: Flores, Javier Guadalupe
January 28, 2014
Page 2

| | | |
|---|---|---|
| 6 | | **Special Condition #16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Flores is considered in violation of his supervised release by failing to appear for drug testing on January 17, 2014; and January 27, 2014.

Mr. Flores reported to this officer on January 8, 2014, the day after he was released from inpatient treatment. He was referred to First Step Community Counseling Services for his aftercare program and for random drug testing. Mr. Flores failed to report for drug testing on January 17 and 27, 2014. This officer attempted to contact the defendant by telephone and by conducting home visits, however, he could not be reached and has not yet contacted this officer to discuss his failure to appear.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/28/2014

s/SanJuanita B. Coronado

SanJuanita B Coronado
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Signature of Judicial Officer

1/29/14
Date